IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No.  07-cv-01921-REB
Criminal Action No. 03-cr-00582-REB

UNITED STATES OF AMERICA,

    v.

DAVID LEROY HARTMAN,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside or correct the sentence imposed by this Court, it is now

**ORDERED** that the United States Attorney on or before October 15, 2007, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: September 14, 2007.

           **BY THE COURT:**

           **s/ Robert E. Blackburn**
           **Robert E. Blackburn**
           **United States District Judge**