IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00582-REB
Civil Action No. 07-cv-01921-REB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

DAVID LEROY HARTMAN,

    Defendant-Movant.

---

**JUDGMENT**

---

    Pursuant to and in accordance with the Order entered by the Honorable Robert E. Blackburn [#160}, filed September 30, 2010, the following Judgment is hereby entered:

    That the "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" [#129] filed September 10, 2007 by the defendant-movant is DENIED. The defendant-movant is entitled to no relief under § 2255. See 28 U.S.C. § 2255.The

    Dated at Denver, Colorado this   30th   day of September, 2010.

                                  FOR THE COURT:

                                  GREGORY C. LANGHAM, CLERK

                                  By:  s/ Edward P. Butler
                                        Edward P. Butler, Deputy Clerk