**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  03-cr-00582-REB
(Civil Case No. 07-cv-01921-REB-MEH)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID LEROY HARTMAN,

    Defendant/Movant.

## ORDER GRANTING MOTION TO RECONSIDER

**Blackburn, J.**

The matter before me is **Defendant's Motion To Reconsider** [#164][1] filed December 3, 2010.[2] In the interests of justice, the defendant-movant should be afforded a hearing on his claim of ineffective assistance of counsel. Thus, I grant the motion, but as to the ineffective assistance of counsel claim only.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant's Motion To Reconsider** [#164] filed December 3, 2010, is **GRANTED**, but only as to the claim of ineffective assistance of counsel;

2. That the **Amended Orders Re: Defendant's Motion Under 28 U.S.C. §**

---

[1] "[#164]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] Because the defendant-movant is pro se, I continue to view his papers with the liberality due pro se litigants. *See Erickson v. Pardus*, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520-21,92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

**2255 To Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody**
[#162] entered October 4, 2010, is **VACATED**, but only as to claim of ineffective assistance of counsel;[3]

  3. That a hearing on the claim by defendant-movant of ineffective assistance of counsel **SHALL BE SET** at which the court **SHALL RECEIVE** evidence and argument;

  4. That pursuant to Rule 8(c) of the Rules Governing Section 2255 Proceedings for the United States District Courts, an attorney from the CJA panel **SHALL BE APPOINTED** to represent the defendant-movant;

  5. That on March 28, 2011, at 10:00 a.m., the court **SHALL CONDUCT** a telephonic setting conference to set this matter for hearing on the claim by defendant-movant of ineffective assistance of counsel; provided, furthermore, that counsel for the government shall arrange, schedule, and coordinate the conference call necessary to facilitate the setting conference.

  Dated February 28, 2011, at Denver, Colorado.

                **BY THE COURT:**

                *Bob Blackburn*
                Robert E. Blackburn
                United States District Judge

---

[3] This claim is described and discussed in the amended order as "Claim Three." Amended Order [#162] at 7, 10-14.