**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 03-cr-00582-REB
Civil Action No. 07-cv-01921-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  DAVID L. HARTMAN,

        Defendant/Movant.

## MINUTE ORDER[1]

On March 28, 2011, the court conducted a telephonic setting conference to set a hearing on the defendant-movant's claim of ineffective assistance of counsel. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **June 23, 2011**, commencing at 9:00 a.m., the court shall conduct a hearing on the defendant-movant's claim of ineffective assistance of counsel. The court reserves the remainder of the morning for this hearing; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: April 1, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.