## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No. 03-cr-00582-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DAVID L. HARTMAN,

        Defendant/Movant.

---

### MINUTE ORDER[1]

---

The matter is before the court on defendant's **Motion To Withdraw Any Further Action on Defendants** [*sic*] **Appeals That Maybe in Court At This Time or Further Time in The Future** [#253][2] filed November 4, 2014.  After reviewing the motion and the record, the court has concluded that the motion should be granted and that defendant's **Motion For Reconsideration of Order Denying Motion For Relief (Doc. 245)** [#247] filed September 4, 2014, should be withdrawn.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Motion To Withdraw Any Further Action on Defendants** [*sic*] **Appeals That Maybe in Court At This Time or Further Time in The Future** [#253] filed November 4, 2014, is **GRANTED**; and

2. That defendant's **Motion For Reconsideration of Order Denying Motion For Relief (Doc. 245)** [#247] filed September 4, 2014, is **WITHDRAWN**.

Dated:  November 4, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#253]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.